

# NUMBER 13-12-00561-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE HUMBERTO LICEA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Humberto Licea, pro se, has filed a petition for writ of mandamus alleging that the presiding judge of the 347th Judicial District Court of Nueces County, Texas, abused her discretion by denying his "Motion for Leave to File For a Forensic D.N.A. Testing" [sic] and denying his request for appointment of counsel in connection with his request for DNA testing.

Having reviewed and fully considered relator's petition, this Court is of the opinion

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying [mandamus] relief, the court may hand down an opinion but is not required to do so.").

that relator has not shown himself entitled to the relief requested and that the petition should be denied.   *See* TEX. R. APP. P. 52.8(a).   Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of October, 2012.